IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00501-REB-BNB

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiff,

v.

JOSE MIGUEL BARCO, and
GINNY STEFANCIC,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed at the conference this morning,

IT IS ORDERED that:

(1) The proposed final pretrial order is REFUSED for the reasons stated on the record; and

(2) A supplemental final pretrial conference is set for **December 3, 2010, at 4:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A revised proposed final pretrial order, modified as discussed on the record today, shall be prepared by the parties and submitted to the court no later than **November 29, 2010**.

Dated November 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge