IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00501-REB-BNB

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiff,

v.

JOSE MIGUEL BARCO, and
GINNY STEFANCIC,

Defendants.

_____

## MINUTE ORDER

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference** [docket no. 37, filed January 14, 2011] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and pursuant to the request of the parties, the Settlement Conference set for February 15, 2011, is **VACATED**.

DATED:  January 14, 2011