**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00501-REB-BNB

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

JOSE MIGUEL BARCO, and
GINNY STEFANCIC,

    Defendant.

## ORDER APPROVING STIPULATION OF DISMISSAL
## AND FOR ENTRY OF JUDGMENT

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss Second and Third Counts of Complaint** [#36] filed January 14, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that Counts II and III of the plaintiff's **Complaint for Declaratory Judgment** [#1], filed March 3, 2010, should be dismissed with prejudice. In accordance with the parties' stipulation, both parties shall bear their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Second and Third Counts of Complaint** [#36] filed January 14, 2011, is **APPROVED**;

2. That the Count II and Count III of plaintiff's **Complaint for Declaratory Judgment** [#1], filed March 3, 2010, are **DISMISSED WITH PREJUDICE**;

3.  That the Trial Preparation Conference, currently set for **Friday, March 25, 2011**, at **3:00 p.m.**, as well as the trial, currently set to commence on **Monday, March 28, 2011**, are **VACATED**;

4.  That judgment **SHALL ENTER** on behalf of plaintiff, Garrison Property and Casualty Insurance Company, and against defendants, Jose Miguel Barco and Ginny Stefancic, in accordance with my previous **Order Granting Plaintiff's Motion for Summary Judgment** ¶ 2 at 5 [#35], filed January 3, 2011;

5.  That costs are **DENIED** in accordance with the parties' stipulation regarding same; and

6.  That this action is **DISMISSED WITH PREJUDICE**.

Dated January 14, 2011, at Denver, Colorado.

                                               **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge